

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Time is excluded, and the conference is adjourned, to June 8, 2021 at 10:30 am.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/30/21

Re:    *United States v. Juan Cordero, et al.*, 21-cr-132 (AKH)

Dear Judge Hellerstein:

      The parties jointly write to request an adjournment of the next status conference in the above-captioned matter, which is scheduled for May 5, 2021, at 10 a.m. The Government anticipates producing discovery by the end of the week to those defendants who have provided a USB drive as requested. The parties believe that the second conference in this matter will be more productive if, prior to the conference, defense counsel has had the opportunity to perform an initial review of discovery, which consists of a substantial amount of material seized from electronic devices. Defense counsel requests a 30-day adjournment to the week of June 1. This is the first adjournment request for this conference, and an adjournment will not affect any other deadlines in the case.

      If the Court grants this adjournment, the Government requests the exclusion of time under the Speedy Trial Act from May 5, 2021, through the date of the next conference. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial

April 29, 2021
Page 2

because an exclusion will allow the parties to review discovery and prepare motions. *See* 18 U.S.C. § 3161(h)(7). Each defendant consents to the exclusion of time.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                United States Attorney

By: _____
       Marguerite B. Colson
       Patrick R. Moroney
       Assistant United States Attorneys
       (212) 637-2587 / -2330

Cc (via ECF): Todd A. Spodek, Esq.
                  Esere J. Onaodowan, Esq.
                  Donald D. Duboulay, Esq.
                  Daniel S. Parker, Esq.
                  Peter J. Batalla, Jr., Esq.