**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

June 6, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten annotation: Request denied. Counsel shall arrange to be represented by another attorney. Alvin K. Hellerstein 6/7/2021]*

**RE:** *United States v. Juan Cordero, et al* 1:21 Cr. 132 (AKH)

Dear Judge Hellerstein:

    My name is Esere J. Onaodowan and I represent Mr. Adael Figaro in the above referenced matter. I am in receipt of the email dated June 4, 2021 stating that this matter is scheduled for a telephonic pretrial conference on June 8, 2021 at 10:30am. Unfortunately, I am starting a trial tomorrow, June 7, 2021 before the Hon. Denise L. Cote in the matter of *United States vs. Victor Ahaiwe* 20 Cr. 179 (DLC) and will not be available for the pretrial conference. We anticipate that the trial before Judge Cote will last until June 18, 2021, the latest. I am requesting that the Court please reschedule Mr. Adael Figaro's telephonic pretrial conference to a date after June 28, 2021 so that counsel can be present.

    I have conferred with the Government and the Government has no objection to my request for an adjournment. Accordingly, Your Honor's immediate attention is appreciated.

Respectfully submitted,

Esere J. Onaodowan, Esq.

Attachment

CC via email: AUSA Patrick Moroney
                AUSA Marguerite Colson