UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :     **SCHEDULING ORDER**
     -against-                          :
                                        :     21 Cr. 132 (AKH)
                                        :
                                        :
JUAN CORDERO et al.,                    :
                                        :
                         Defendant.     :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pre-trial conference scheduled for February 15, 2022 is adjourned to March 15, 2022, at 10:30 a.m., and will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      No later than March 10, 2022 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      Finally, time is excluded, in the interest of justice, until March 15, 2022.


      SO ORDERED.

Dated:    February 7, 2022          /s/ Alvin K. Hellerstein
           New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge