UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
-against- : 21 Cr. 132 (AKH)
:
:
:
JUAN CORDERO, :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing is hereby adjourned to October 20, 2022, at 10:00 a.m.

        SO ORDERED.

Dated:    September 27, 2022            ___/s/ Alvin K. Hellerstein_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                     United States District Judge