UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **SCHEDULING ORDER**
         -against-                  :
                                    :   21 Cr. 132 (AKH)
                                    :
                                    :
JUAN CORDERO,                       :
                                    :
                    Defendant.      :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case will take place on December 15, 2022 at 11:00 a.m., in Courtroom 14D.

      SO ORDERED.

Dated:   November 16, 2022       __/s/ Alvin K. Hellerstein_____
           New York, New York       ALVIN K. HELLERSTEIN
                                       United States District Judge