UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Judgment Creditor,

v.

JUAN CORDERO,
                Judgment Debtor.

21-CR-00132 (AKH)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on February 14, 2023, the United States of America obtained a judgment against the judgment debtor, JUAN CORDERO, in the amount of $62,108.93, for which the outstanding balance is $67,004.06, and the parties have agreed to voluntary automatic deduction of 10% per pay period from JUAN CORDERO's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that JUAN CORDERO's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of JUAN CORDERO's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for JUAN CORDERO, 21-CR-00132.

Dated: October 7, 2024
       New York, New York

_____
JUAN CORDERO
*Judgment Debtor*

SO ORDERED: 10-21-24
_____
UNITED STATES DISTRICT JUDGE

DAMIAN WILLIAMS
United States Attorney

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-27112